01
02
03
04
05
06

07                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09  ANTHONY EUGENE HEROD,               )
                                        )   CASE NO. C10-1725-RSM-MAT
10           Plaintiff,                 )
                                        )
11       v.                             )   ORDER DENYING MOTION FOR
                                        )   APPOINTMENT OF COUNSEL
12  KING COUNTY,                        )
                                        )
13           Defendant.                 )
    _____ )
14

15      Plaintiff Anthony Eugene Herod, proceeding *pro se* and *in forma pauperis* (IFP) in this

16  42 U.S.C. § 1983 civil rights case, submitted a motion for appointment of counsel.  (Dkt. 8.)

17  The Court, having considered the request, does hereby find and ORDER:

18      (1)   There is no right to have counsel appointed in cases brought under § 1983.

19  Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party

20  proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to

21  articulate his claims *pro se* that would warrant the appointment of counsel at this time.  *See*

22  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  Accordingly, plaintiff's motion

ORDER DENYING MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

for appointment of counsel (Dkt. 8) is DENIED.

(2)    The Clerk is directed to send a copy of this Order to the parties and to the Honorable Ricardo S. Martinez.

DATED this 19th day of January, 2011.

*Mary Alice Theiler*
United States Magistrate Judge

ORDER DENYING MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2