UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE HEROD,

    Plaintiff,

v.

KING COUNTY,

    Defendant.

CASE NO. C10-1725-RSM

ORDER GRANTING DEFENDANT'S SUMMARY JUDGMENT MOTION

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, plaintiff's response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's motion for summary judgment (Dkt. No. 19) is GRANTED;

    (3)    Plaintiff's amended complaint (Dkt. No. 10) and this action are DISMISSED with prejudice; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

defendant, and to the Honorable Mary Alice Theiler.

DATED this 23 day of August 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
SUMMARY JUDGMENT MOTION
PAGE -2